UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:00-CR-00077-BO
     5:02-CV-00726-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER ALLOWING VIEW |
| v. | ) | OF SEALED DOCUMENT |
| | ) | (Pre-Sentence Investigation |
| ISABEL GONZALEZ | ) | Report) |

This cause having come on to be heard upon the Defendant's Motion for Permission to View Sealed Document (Pre-Sentence Investigation Report), and for good cause shown:

THE COURT finds that it is appropriate to allow counsel permission to view the sealed document – pre-sentence investigation report – in this case while maintaining its confidentiality.

IT IS THEREFORE ORDERED that Sue Genrich Berry, Attorney at Law, is allowed permission to view and receive a copy of the pre-sentence investigation report in this case as she serves as the Defendant's counsel, and further, that she shall at all times maintain the confidentiality of that document.

ENTER this the _____ 6 _____ day of December, 2011.

_____
Honorable Terrence W. Boyle
United States District Court Judge