IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:00-CR-77-BO-(1)
No. 5:02-CV-726-BO

ISABEL GONZALEZ, )
(#94143-079), )
)
Petitioner, )
v. ) ORDER
)
UNITED STATES OF AMERICA, )
)
Respondent. )

This matter coming on to be heard on the Motion of the United States of America to continue the evidentiary hearing currently scheduled for February 14, 2012, in Raleigh, North Carolina at 2:00 p.m., it is hereby

ORDERED that the evidentiary hearing be continued to _March 20, 2012_.

This _14_ day of _February_ 2012.

_____
TERRENCE W. BOYLE, JUDGE
United States District Court